

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00204-CV

| | | |
|---|---|---|
| Freddie L. Shellnut | § | From the 96th District Court |
| v. | § | of Tarrant County (096-264305-13) |
| Wells Fargo Bank, N.A., d/b/a America's Servicing Company; US Bank National Assoc., as Trustee For Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-7, Home Equity Pass-Through Certificate | § | April 27, 2017 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's summary judgment on Freddie L. Shellnut's fraud and negligent misrepresentation claims to the extent he seeks non-benefit-of-the-bargain damages. We also reverse the portion of the summary judgment on Shellnut's TDCA-violation claims except the allegation that Wells Fargo Bank,

N.A. and US Bank National Association wrongfully threatened to foreclose.  We remand those claims to the trial court for further proceedings consistent with this opinion.  We affirm the remainder of the summary judgment.

It is further ordered that Freddie L. Shellnut, Wells Fargo Bank, N.A., and US Bank National Association shall each pay one-third of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston